[No. 10333–8–II.   Division Two.   January 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES RAY LAIL, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00037–1, Gary W. Velie, J., entered September 17, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 10489–0–II.   Division Two.   January 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN L. WITHERSPOON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 1905, Carl L. Gay, J. Pro Tem., entered October 22, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 9488–6–II.   Division Two.   January 26, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY P. GHRIST, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–1–00512–9, James I. Maddock, J., entered January 13, 1986. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.